# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Appellee,** ) | |
| ) | |
| v. ) | No. 21-3093 |
| ) | |
| **RASHA ABUAL-RAGHEB,** ) | |
| ) | |
| **Appellant.** ) | |

## UNOPPOSED MOTION
## TO HOLD CASE IN ABEYANCE

Appellant Rasha Abual-Ragheb, through undersigned counsel, respectfully moves to vacate the current briefing schedule and hold this case in abeyance pending this Court's resolution of *United States v. James Little*, No. 22-3018. Counsel for the government has indicated that it does not oppose this request.

*United States v. Little* challenges the imposition of a sentence of both probation and imprisonment for a single petty offense. In the immediate case, the district court imposed both probation and imprisonment for a single petty offense conviction. In this regard, a primary issue in Ms. Abual-Ragheb's case is identical to the issue before

the Court in *Little*. The Court's decision in *Little* thus is likely to be dispositive of the present appeal.

WHEREFORE, appellant respectfully requests that this Court grant this motion to vacate the current briefing schedule and hold this case in abeyance pending the decision in *Little*.

>Respectfully submitted,
>
>A. J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>
>\_\_\_\_\_/s/\_\_\_\_\_
>TONY AXAM, JR.
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W.
>Suite 550
>Washington, D.C. 20004
>(202) 208-7500
>tony_axam@fd.org

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

I hereby certify, pursuant to Federal Rule of Appellate Procedure 32(a), that the foregoing Motion was prepared in a serif typeface using Microsoft Word in Century Schoolbook 14-point font and contains 173 words in compliance with the Court's type-volume limits.

                                                                                             /s/  
                                            TONY AXAM, JR.  
                                            Assistant Federal Public Defender