# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3093**　　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00043-CJN-1

　　　　　　　　　　　　　　　　　　　　Filed On: September 8, 2023 [2015932]

United States of America,

　　　　Appellee

　　v.

Rasha N. Abual-Ragheb, also known as
Rasha Abu,

　　　　Appellant

### O R D E R

Upon consideration of the joint motion to continue to hold case in abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of the issuance of this court's mandate in No. 22-3018, <u>United States v. Little</u>.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Louis Karl Fisher
　　　　　　　　　　　　　　　　　　　　Deputy Clerk