# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3093**  September Term, 2023

1:21-cr-00043-CJN-1

Filed On: November 9, 2023 [2026211]

United States of America,

    Appellee

    v.

Rasha N. Abual-Ragheb, also known as
Rasha Abu,

    Appellant

### O R D E R

Upon consideration of the court's April 18, 2023 order holding this case in abeyance and the court's disposition in United States v. Little, No. 22-3018, which was decided on August 18, 2023, it is

**ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case by December 11, 2023.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk